FILED

2026 Mar-27  AM 08:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **CHAKEVIA ROBERTS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:25-cv-02080-LCB-NAD** |
| | ) | |
| **JENNIFER BROTON, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On January 21, 2026, Magistrate Judge Nicholas A. Danella entered a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1), recommending the Court dismiss Chakevia Robert's petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, for failure to prosecute.  (Doc. 4).  The magistrate judge notified Roberts of her right to file objections to the Report and Recommendation within 14 days, *id*., at 2-3, but that time expired without any objections having been received by the court.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review *de novo* those portions of the report to which the party has specifically objected.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b).  Unchallenged portions of a Magistrate Judge's report are reviewed for clear error.  *Haywood v. Green*, Case No. 1:21-cv-01112-LCB-HNJ,

2023 WL 6303027, at *1 (N.D. Ala. Sept. 27, 2023).  The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 4) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. Accordingly, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**DONE** and **ORDERED** this March 27, 2026.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE